UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 18-00164 SJO (ASx): | Date | November 21, 2019 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. NVC Fund LLC et al | | |

| Present: The Honorable | S. James Otero, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS**

Having been advised by SEC counsel that this matter has been resolved, the Court Orders this matter closed without prejudice.

JS-6

                                                  Initials of Preparer      : vpc